IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-MJ-1206

IN RE: SEIZURE WARRANT FOR :
:
Funds in First Federal Bank Account:
Numbered 3306006704 in the name of :
MARBEC Incorporated up to the :
amount of $267,062.00 :

## ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 26 day of November, 2013.

ROBERT B. JONES, JR.
United States Magistrate Judge